IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


PENNY ORR                                                                                       PLAINTIFF

       v.        Civil No. 3:11-cv-03065-JRM


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 6th day of September 2012.

                                      /s/ *J. Marschewski*
                                     HONORABLE JAMES R. MARSCHEWSKI
                                     CHIEF UNITED STATES MAGISTRATE JUDGE